# NEW CRIMINAL CASE COVER SHEET
(To be used for **all** new Bills of Indictments and Bills of Information)

# U. S. DISTRICT COURT

**CASE SEALED:**  ◯ YES  ⦿ NO

**DOCKET NUMBER:** 3:26-cr-34-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** **:US** vs Antonio Greene-Collins

**COUNTY OF OFFENSE** : Mecklenburg

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Arrest Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. § 2119

**JUVENILE:**  ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : William Wiseman

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 3:26-cr-00034-KDB-DCK    Document 1-2    Filed 02/18/26    Page 1 of 1