# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
### WESTERN DISTRICT OF NORTH CAROLINA

United States v. Antonio Greene-Collins

Case Number: 3:26-cr-34-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| | | | |
| 1 | Carjacking (18 U.S.C. § 2119) | N | a maximum term of imprisonment of fifteen years, a $250,000 fine, or both, and no more than three years supervised release. |
| 2 | Discharging a Firearm During and in Relation to a Crime of Violence (18 U.S.C. § 924(c)(1)(A)(iii)) | Y | In addition to the punishment provided for the crime of violence or drug trafficking crime: if the firearm is discharged, not less than 10 years consecutive and up to life imprisonment, a $250,000 fine, and no more than five years supervised release |
| 3 | Felon in Possession of Firearm (18 U.S.C. § 922(g)) | N | a maximum term of imprisonment of fifteen years, a $250,000 fine, or both, and no more than three years supervised release. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☒ YES ☐ NO

* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☒ DISCHARGE