AO 442 (Rev. 11/11) Arrest Warrant

FILED
Charlotte
Mar 31 2026
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

RECEIVED
**UNITED STATES MARSHAL**
**1:24 pm, Feb 19 2026**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cr-34-KDB |
| Antonio Greene-Collins | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Antonio Greene-Collins                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Count One - Violation of 18 U.S.C. § 2119
Count Two - Violation of 18 U.S.C. § 924(c)(1)(A)(iii)
Count Three - Violation of 18 U.S.C. § 922(g)(1)

Date:   2/18/2026

_____
*Issuing officer's signature*

City and state:     Charlotte, North Carolina

Katherine Simon, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2-19-26 , and the person was arrested on *(date)* 3-31-26 at *(city and state)* Charlotte, NC . |
| Date: 3/31/26 |
| _____ *Arresting officer's signature* |
| MATTHEW OWENS, DUSM _____ *Printed name and title* |