# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr-34-KDB |
| v. | ) | **FACTUAL BASIS** |
| ANTONIO GREENE-COLLINS | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about August 22, 2025, in Mecklenburg County, within the Western District of North Carolina, ANTONIO GREENE-COLLINS, with intent to cause death or serious bodily harm, did unlawfully take from the person and presence of L.M. by force, violence, and intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2005 GMC Sierra.

2. From on or about August 22, 2025, through on or about September 5, 2025, in Mecklenburg County, within the Western District of North Carolina, ANTONIO GREENE-COLLINS, knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 17, 9mm pistol, in and affecting commerce.

3. More specifically, on August 22, 2025, around 9AM, officers with CMPD responded to a call of shots fired on Tom Hunter Road. They determined on arrival that the victim, L.M. was shot at, but not hit or injured, by an individual later identified as GREENE-COLLINS. L.M.

initially encountered GREENE-COLLINS in a dispute over money. When L.M. and GREENE-COLLINS were beside L.M.'s truck, GREENE-COLLINS pulled out a handgun with an extended magazine and told L.M. he would shoot and kill him. During the interaction, L.M. attempted to reach into his truck to retrieve his bag and GREENE-COLLINS fired a single shot at him that missed his body. After firing the shot, GREENE-COLLINS entered the truck and drove away.

4. On August 31, 2025, L.M.'s truck was located on Magnolia Hill Drive and a spent shell casing was found in the truck.

5. On September 5, 2025, CMPD officers located GREENE-COLLINS at a BP Gas Station near Little Rock Road in Charlotte. Officers attempted to make contact to serve his outstanding state warrants and he began to flee on foot. He was physically run down and apprehended. When he was taken into custody, a Glock Model 17 9mm firearm with a magazine capable of holding 17 rounds was found on his person. CMPD was able to later confirm that the firearm possessed by GREENE-COLLINS at the time of his arrest matched the shell casing recovered from the L.M.'s vehicle, confirming the gun possessed by GREENE-COLLINS was the same gun used during the carjacking.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____          DATED: _5/28/2026__
CARSON SMITH, Attorney for Defendant

2